| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | |

Order Filed on October 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>Janet F. Canedo,<br><br>Debtor | Case No: 16-23636<br>Chapter: 13<br>Hearing Date: 10/27/2021<br>Judge: MBK |
|---|---|

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**      ☒ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 29, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 207 Cotter Avenue, Neptune, NJ 07753

Description of Mortgage/Judgment Lien:

  a. Original Mortgagee/Lienholder: Motor Vehicle Commission (DJ-172685-2015)
  b. Current Assignee: _____
  c. Current Servicer: _____
  d. Date of Mortgage/Lien: _____
  e. Date of Recordation: 09/15/2015
  f. Place of Recordation: Superior Court of Mercer County
     i. Mortgage Book: _____
     ii. Page: _____
  g. Original Principal Balance of Mortgage/Lien: $ 1,000.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*