**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Janet Francis Canedo | Social Security number or ITIN   xxx–xx–4837 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–23636–MBK | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Janet Francis Canedo

11/9/21                                              **By the court:** Michael B. Kaplan
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Janet Francis Canedo  
    Debtor

Case No. 16-23636-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Nov 09, 2021     Form ID: 3180W     Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet Francis Canedo, 207 Cotter Avenue, Neptune, NJ 07753-3701 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516290599 | + | Dermone Dermatology of NJ, PO Box 4103, Belfast, ME 04915-4100 |
| 516290600 | + | First Atlantic Fcu, 468 Industrial Way W, Eatontown, NJ 07724-2210 |
| 516290601 | + | First Atlantic Federal Credit Union, 468 Industrial Way, Eatontown, NJ 07724-2210 |
| 516515282 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 516290604 | + | KIA Motors Finance, P.O. box 660891, Dallas, TX 75266-0891 |
| 516290603 | + | Kia Motors Finance, 4000 Macarthur Blvd Ste1, Newport Beach, CA 92660-2558 |
| 516290605 | + | Labcorp, P. O. Box 2240, Burlington, NC 27216-2240 |
| 516290606 | + | Motor Vehicle Commission, PO Box 160, Trenton, NJ 08666-0160 |
| 516352979 | + | NJSVS, Bankruptcy Unit, PO BOX4850, Trenton, NJ 08650-4850 |
| 516290608 | + | Retro Fitness, 300 W. Sylvania Ave., Neptune, NJ 07753-6017 |
| 516290609 | | State of New Jersey, Auto Ins. Surcharge & Collections, P. O. Box 4775, Trenton, NJ 08650-4775 |
| 516290611 | + | University Radiology, P.O. Box 1075, 579A Cranbury Road, East Brunswick, NJ 08816-5426 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 09 2021 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 09 2021 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516290596 | + | Email/Text: lynne@lhamptonpa.com | Nov 09 2021 20:42:00 | 561 Music & Multimedia Inc., C/O Lynne Hampton, 1128 Royal Palm Beach Blvd, West Palm Beach, FL 33411-1607 |
| 516443525 | | EDI: BECKLEE.COM | Nov 10 2021 01:28:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516290597 | + | EDI: AMEREXPR.COM | Nov 10 2021 01:28:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516520650 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 10:00:00 | Ashley Funding Services LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516290598 | + | EDI: CITICORP.COM | Nov 10 2021 01:28:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516455461 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 10:00:00 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516371403 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 09 2021 20:42:00 | QUICKEN LOANS INC., QUICKEN LOANS, |

Case 16-23636-MBK    Doc 49    Filed 11/11/21    Entered 11/12/21 00:10:34    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 09, 2021 | Form ID: 3180W | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 516290607 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 09 2021 20:42:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 516352806 | + | Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | Nov 09 2021 20:42:00 | TOWNSHIP OF NEPTUNE, PO BOX 1167, NEPTUNE NJ 07754-1167 |
| 516290610 | + | Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | Nov 09 2021 20:42:00 | Township of Neptune, PO Box 1167, 25 Neptune Blvd., Neptune, NJ 07753-4814 |
| 516290612 | + | Email/PDF: HCABKNotifications@resurgent.com | Nov 10 2021 10:00:00 | West Palm Hospital, 2201 45th Street, West Palm Beach, FL 33407-2047 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518164991 | *+ | QUICKEN LOANS INC., QUICKEN LOANS INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 516290602 | ##+ | Flawless Beauty & Skin, 1215 Main Street, Asbury Park, NJ 07712-5940 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James Patrick Shay | on behalf of Creditor QUICKEN LOANS INC. shay@bbs-law.com jpshay@gmail.com |
| Michael Frederick Dingerdissen | on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com |
| William H. Oliver, Jr. | on behalf of Debtor Janet Francis Canedo courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Nov 09, 2021 Form ID: 3180W Total Noticed: 27
TOTAL: 7